IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

DAVID R. DESPOT, :
:
    Plaintiff(s), :
: Case Number: 1:06cv193
  vs. :
: District Judge Susan J. Dlott
OHIO NATIONAL FINANCIAL SERVICES :
INC., et. al. :
:
    Defendant(s). :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Hogan. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on March 15, 2007 Report and Recommendations (Doc. 20).  Subsequently, the plaintiff filed objections to such Report and Recommendations (Doc. 21).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, Defendant's Motion for Summary Judgment (Doc. 16) is **GRANTED;** Defendant's Motion to Dismiss (Doc. 6) is **DENIED** and this matter is **TERMINATED** from the docket.


IT IS SO ORDERED.


          ___s/Susan J. Dlott_____
          Susan J. Dlott
          United States District Judge